ORIGINAL

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Case No. C0-1210
ADM/AJB

Gwendolyn Iluebbey,

Plaintiff,

vs.

Catholic Eldercare, a Minnesota corporation, and Debra Comeau, jointly and individually,

Defendants.

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER COMPLAINT**

It is hereby stipulated by and between the parties that the time for Defendants to answer or otherwise respond to Plaintiff's Complaint is extended until such time as the scheduled mediation of the above-entitled matter is completed without resolution.

Dated: 9-25, 2000

SMITH & UDOIBOK, P.A.

By: [signature]
Kenneth U. Udoibok (0262523)
Jerrod M. Smith (0260800)
409 Flour Exchange Building
310 Fourth Avenue South
Minneapolis, MN 55415
Telephone (612) 204-0416

ATTORNEYS FOR PLAINTIFF

FILED SEP 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: Sept 15, 2000

FELHABER, LARSON, FENLON & VOGT, P.A.

By: ______________________

Dennis J. Merley, #143844
601 Second Avenue South
Suite 4200
Minneapolis, MN 55402
(612) 373-8434

ATTORNEYS FOR DEFENDANTS

IT IS SO ORDERED.

BY THE COURT:

Dated: 9/26/00

______________________

United States ~~District Court~~ Judge
MAGISTRATE